Case 7:20-cv-00222   Document 18   Filed on 09/30/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GENARO MARTINEZ MALDONADO | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | M-20-00222 |
| | ) | |
| BOBBLY LUMPKIN | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Genaro Martinez Maldonado's cause of action. After having reviewed the said Report and Recommendation, and after appropriate review of Movant's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 16 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 30th day of September, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa