Case 7:20-cv-00222   Document 28   Filed on 09/09/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GENARO MARTINEZ MALDONADO, | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. 7:20-CV-222 |
| LORIE DAVIS, *et al.*, | § |
| Respondents. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Genaro Martinez Maldonado's cause of action requesting a certificate of appealability. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 26 are hereby adopted by this Court. Therefore, the certificate of appealability is DENIED and this cause of action is hereby DISMISSED.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

SO ORDERED September 9, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge